1 **KRIS J. KRAUS**
California Bar No. 233699
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Kris_Kraus@fd.org
5

6 Attorneys for Ivone Gastelum-Inzunza

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE NITA L. STORMES)**

11 UNITED STATES OF AMERICA,         )   Case No. 07MJ8854
                                    )
12      Plaintiff,                   )
                                    )
13 v.                                )   **NOTICE OF ATTORNEY APPEARANCE**
                                    )
14 IVONE GASTELUM-INZUNZA,           )
                                    )
15      Defendant.                   )
                                    )
16 _____   )

17      Pursuant to implementation of the CM/ECF procedures in the Southern District of California,

18 Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                                  Respectfully submitted,

21

22 Dated: November 21, 2007         /s/ Kris J. Kraus
                                    **KRIS J. KRAUS**
23                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
24                                  Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  November 21, 2007              */s/ Kris J. Kraus*
                                        **KRIS J. KRAUS**
                                        Federal Defenders of San Diego, Inc.
                                        Kris_Kraus@fd.org