UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff )<br>  )<br>  )<br>vs. )<br>  )<br>Ivone Gastelum-Inzunza )<br>  )<br>  )<br>  Defendant(s) )<br>_____ ) | CRIMINAL NO. 07CR3154-JAH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court)).

Chang Can Yang

DATED: 11-29-07

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
            DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
     Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082